IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiffs,          )<br>                              )<br>        vs.                   )<br>                              )<br>FIDEL MONTES,                 )<br>                              )<br>        Defendant.            )<br>_____) | CASE No. 1:09-cr-00007-AWI<br><br>ORDER EXONERATING<br>$100,000.00 CORPORATE SURETY<br>BOND |

Bail Review Hearing  was held on May 22, 2009 before Judge Snyder , in regards to defendant Fidel Monte .  The defendant's conditions of Pretrial Services Release has been modified to include that a new Corporate Surety Bond in the amount of $50,000.00 to replace the $100,000.00 Corporate Surety Bond previously posted with the Court.  The Corporate Surety Bond posted on February 24, 2009 on behalf of the above named defendant, , in the amount of **$100,000.00 [Doc. 10]** by Salvador Ramirez Bail Bonds is hereby Ordered **EXONERATED**.

IT IS SO ORDERED.
DATED:   June 2, 2009

                                         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1