1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for FIDEL MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIDEL MONTES<br><br>　　　　　Defendant.<br>_____ | Case No.1:09-cr-007 AWI<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE; AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, namely Marlon Cobar, Assistant U.S. Attorney, attorney for Plaintiff, and Daniel A. Bacon, attorney for defendant, that defendant Fidel Montes, who is presently on pretrial release with electronic monitoring, may travel to Hayward California on Saturday, July 25, 2009, leaving his house at 6:00 a.m. for a family wedding , and returning to his house on Sunday, July 26, 2009 by 3:00 p.m.

///
///
///
///
///
///

Jacob Scott, United States Pretrial Services officer, is in agreement with this arrangement.

DATED: July 23, 2009                            LAWRENCE G. BROWN
                                                Acting United States Attorney


                                                By /s/ Marlon Cobar
                                                   MARLON COBAR
                                                   Assistant U.S. Attorney
                                                   Attorneys for Plaintiff


DATED: July 23, 2009                            /s/ Daniel A. Bacon
                                                DANIEL A. BACON
                                                Attorney for Defendant

                                    ORDER

IT IS SO ORDERED.

DATED:   July 23, 2009                          /s/ Gary S. Austin
                                                Hon. GARY S. AUSTIN
                                                Magistrate Judge

Stipulation to Modify Conditions
of Release; and Order Thereon                                                2