**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for FIDEL MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIDEL MONTES,<br><br>  Defendant. | Case No. 1-09-cr-00007 AWI<br><br>ORDER EXONERATING<br>$50,000.00 CORPORATE<br>SURETY BOND |

Bail Review Hearing was held on July 31, 2009 before Judge Beck, in regards to defendant Fidel Montes.  The defendant's conditions of Pretrial Services Release have been modified to include a new Corporate Surety Bond in the amount of $25,000.00 to replace the $50,000.00 Corporate Surety Bond previously posted with the Court.  The Corporate Surety Bond posted on June 1, 2009 on behalf of the above-named defendant, in the amount of $50,000.00 [Doc. 18], Power Number FFB100-385149, by Salvador Ramirez Bail Bonds, is hereby ordered EXONERATED and DISCHARGED.

IT IS SO ORDERED.

Dated:   August 24, 2009              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

Order Exonerating $50,000.00 Corporate Surety Bond