DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR FIDEL MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1-09-cr-00007 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO SELF-REPORT |
| vs. | |
| FIDEL MONTES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, namely plaintiff United States of America, through its attorney Assistant United States Attorney Kevin Rooney, and defendant Fidel Montes through his attorney, Daniel A. Bacon, that the time for the defendant to surrender for service of his sentence as designated by the Bureau of Prisons shall be continued from April 22, 2010 at 2:00 PM to May 14, 2010 at 2:00 PM.

All other orders and conditions of the judgment entered by this court on February 22, 2010 shall remain the same.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

Stipulation and Order Extending Time for Defendant to Self-Report

Dated: April 16, 2010.        McGREGOR W. SCOTT, United States Attorney

By: /s/ Kevin Rooney
KEVIN ROONEY, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 16, 2010.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant FIDEL MONTES

## ORDER

IT IS SO ORDERED.

**Dated:   April 19, 2010**        /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE