DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR FIDEL MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>FIDEL MONTES,<br><br>           Defendant. | Case No. 1-09-cr-00007 AWI<br><br>ORDER EXONERATING $25,000.00 CORPORATE SURETY BOND |

Defendant Fidel Montes having self-surrendered to the custody of the Federal Bureau of Prisons at Lompoc, California on May 14, 2010, the Corporate Surety Bond posted with the court on August 10, 2009 in the amount of $25,000.00 [Doc. 25], Power Number FFB100-393367, by Salvador Ramirez Bail Bonds, is hereby ordered EXONERATED and DISCHARGED.

IT IS SO ORDERED.

**Dated:   June 1, 2010**          /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE