HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



**FILED**

**NOV 22 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09-cr-00007-1 AWI |
|---|---|
| Plaintiff, | ) **APPLICATION AND [PROPOSED]** |
| vs. | ) **ORDER APPOINTING CJA PANEL** |
|  | ) **COUNSEL** |
| FIDEL MONTES, | ) |
| Defendants. | ) |

Defendant, FIDEL MONTES, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release.

Mr. Montes submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. On November 16, 2009, Mr. Montes pled guilty to Count 1 of the Indictment, namely, a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) ~ Possession of Methamphetamine with Intent to Distribute and Aiding & Abetting (Doc. 35). On February 22, 2010, Mr. Montes was sentenced to 97 months custody, 60 months supervised released, and a $100 special assessment (Doc. 39). Mr. Montes has completed three years and 7 months of his term of Supervised Release. To that end, Mr. Montes wishes to seek early termination of his term of supervised release.

Therefore, after reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him in this regard.

DATED: November 21, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

## O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

DATED: November 22, 2019

HONORABLE BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE