# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FIDEL MONTES,<br><br>Defendant | CASE NO. 1:09-CR-007 AWI<br><br>**ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

On February 27, 2020, Defendant Fidel Montes filed a motion for early termination of supervised release. See Doc. No. 49. The impetus for Defendant's request for early termination appears to be his desire to pursue a job in the Bay Area, but his status on supervised release is preventing him from doing so. Considering the totality of Defendant's motion, the Court finds that it is appropriate for the United States and the United States Probation Office for the Eastern District of California to file a response, and for Defendant to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States and the United States Probation Office for the Eastern District of California shall file a response to Defendant's motion within fourteen (14) days of service of this order;[1]

---

[1] Factors identified in 18 U.S.C. § 3553 are to be considered in evaluating a request for early termination. To the extent that the United States or the United States Probation Office opposes early termination, their response shall specifically address the relevant factors.

2. Defendant may file a reply to the United States' response within seven (7) days of service of the United States' response;[2] and

3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 78) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated:   February 28, 2020

_____
SENIOR DISTRICT JUDGE

---

[2] If, after review of the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.